appeal and appellant's points to be filed on or before January 14, 1930, with notice of argument for February 4, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CAESAR SABELLI and Others v. BELLANCA AIRCRAFT CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before December 27, 1929, with notice of argument for January 14, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANNIE SPRING v. JACOBS-GREEN REALTY COMPANY, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before December 24, 1929, with notice of argument for January 14, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

INDEPENDENCE INDEMNITY COMPANY v. ANNA C. WEIDMANN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before January 14, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARY BICZAN v. SAMUEL WEIL and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before December 23, 1929, with notice of argument for January 7, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE SAHOFF CORPORATION v. HARVEY B. NEWINS, INC., and HARVEY B. NEWINS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed so appeal can be argued on or before January 10, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EVANS F. GLORE & SON v. BENNETT ROSE and Others, Impleaded with HENRY HAUER, INC., and Another, and FREED HEATER COMPANY and REPUBLIC RADIATOR COMPANY.— Motion granted so far as to extend the time of the appellants in which to file the record on appeal and the appellants' points to and including the 15th day of February, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EVANS F. GLORE & SON v. BENNETT ROSE and Others, Impleaded with HENRY HAUER, INC., and Another, and FREED HEATER COMPANY and REPUBLIC RADIATOR COMPANY.— Motion granted so far as to extend the time of appellants in which to file the record on appeal and the appellants' points to and including the 15th day of February, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. IRVING KNAPPER.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDITH LAMPORT and DANIEL COHEN, etc., v. SAMUEL C. LAMPORT.— Let orders be settled on notice pursuant to stipulation. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. OTTO BLENK.— Motion granted, and defendant's time in which to serve and file the record on appeal and appellant's points extended to January 7, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK ROCCO, Alias VOLACHI.—